NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH W. BULLARD, DOC# T70713,  )
                                 )
        Appellant,               )
                                 )
v.                               )        Case No. 2D17-1680
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
                                 )
_____  )

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Ashley B. Moody, Judge.

Joseph W. Bullard, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.